435 A.2d 917

Cresson Ridge Diesel Garage v. Nileski, Appellant.

Submitted January 14, 1981. Lewis H. Ripley, Jr., for appellant; Walter A. Criste, for appellee.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

Orders affirmed.

435 A.2d 917

Fidelity Bond and Mtg., Co. v. Congressional, Appellants.

Argued March 11, 1980. Stanley R. Krakower, for appellants; William G. Malkames, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.